## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DENNIS LARSON LOOP, | Civil 05-574 & 05-575 (JRT/FLN) |
| Plaintiff, | |
| v. | **O R D E R** |
| HENNEPIN COUNTY, ET AL.<br>UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

_____

DENNIS LARSON LOOP, 3245 - 42nd Avenue South, Minneapolis, Minnesota 55406, *pro se* plaintiff.

TONI A. BEITZ, Assistant United States Attorney, **OFFICE OF HENNEPIN COUNTY ATTORNEY**, C2000, 300 South Sixth Street, Minneapolis, Minnesota 55487, for Hennepin County defendants.

DAVID J. DUDDLESTON, **JACKSON LEWIS**, 150 South Fifth Street, Suite 1450, Minneapolis, Minnesota 55402, for defendant Russ Bankey..

PATRICIA R. CANGEMI, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for the government defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 22, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants Hennepin County et al's motion to

dismiss [Docket No. 26] and Defendant Russ Bankey's motion to dismiss [Docket No. 5] is GRANTED.

DATED: December 14, 2005          s/John R .Tunheim
at Minneapolis, Minnesota          JUDGE JOHN R. TUNHEIM
         United States District Judge